No. 97–1847. MAESTAS v. BOARD OF SUPERVISORS OF NAVAJO COUNTY ET AL. Ct. App. Ariz. Certiorari denied.

No. 97–1848. JOOS v. JOOS. Ct. App. Utah. Certiorari denied.

No. 97–1850. DEES, DBA DAVID DEES ILLUSTRATION v. SABAN ENTERTAINMENT, INC. C. A. 9th Cir. Certiorari denied.

No. 97–1851. GYADU v. WORKERS' COMPENSATION COMMISSION OF CONNECTICUT ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–1853. OHIO v. HOLT. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 97–1855. ROUTH v. WYOMING WORKERS' COMPENSATION DIVISION. Sup. Ct. Wyo. Certiorari denied.

No. 97–1856. PARNAR v. LAW OFFICES OF JOHN A. CHANIN. Sup. Ct. Haw. Certiorari denied.

No. 97–1857. VELASCO ET AL. v. FAIRALL. C. A. 4th Cir. Certiorari denied.

No. 97–1859. HULMES v. HONDA MOTOR CO., LTD., ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–1862. DELA ROSA v. SCOTTSDALE MEMORIAL HEALTH SYSTEMS, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–1863. BEARDEN v. QUORUM HEALTH GROUP, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–1864. CANTOR v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97–1865. SNYDER v. RINGGOLD. C. A. 4th Cir. Certiorari denied.

No. 97–1866. INTERSTATE INDEPENDENT CORP. v. BOARD OF ZONING APPEALS FOR FAYETTE COUNTY AND THE VILLAGE OF